# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 19-204** |
| **JAVONTA DOLEMAN** | **SECTION "H"** |

## * * * * * * * * *

## VERDICT FORM AND JURY INTERROGATORIES

1.  As to **Count 1** of the Second Superseding Indictment (RICO Conspiracy), we, the jury, unanimously find the defendant:

_____ Not Guilty

___X___ Guilty

If you find the defendant Guilty of Count 1, you must answer the Jury Interrogatories for Count 1. If you find the defendant Not Guilty of Count 1, you should skip this section and proceed to Count 2.

### Jury Interrogatories for Count 1

a.  We, the jury, unanimously find the defendant conspired to distribute and possess with intent to the following quantity of heroin.

___X___ 1 kilogram or more of heroin;

_____ 100 grams or more of heroin;

_____ A quantity of heroin; or

_____ No heroin

1

b. We, the jury, unanimously find the defendant committed the murder of Wynston Jackson on January 31, 2017.

YES__X__     NO_____

c. We, the jury, unanimously find the defendant committed the murder of Lawrence Williams, IV on January 31, 2017.

YES__X__     NO_____

2.    As to **Count 2** of the Second Superseding Indictment (Conspiracy to Distribute Controlled Substances), we, the jury, unanimously find the defendant:

_____ Not Guilty

__X__ Guilty

If you find the defendant Guilty of Count 2, you must answer the Jury Interrogatories for Count 2. If you find the defendant Not Guilty of Count 2, you should skip this section and proceed to Count 3.

<u>Jury Interrogatories for Count 2</u>

a. We, the jury, unanimously find that the defendant conspired to possess with intent to distribute the following controlled substance. (Check all that apply)

__X__ A quantity of heroin

__X__ A quantity of fentanyl

__X__ A quantity of cocaine base

__X__ A quantity of marijuana

b.   We, the jury, unanimously find the quantity of heroin attributable to the defendant is:

_____ 1 kilogram or more of heroin;

_____ 100 grams or more of heroin;

\_\_\_X\_\_\_ A quantity of heroin; or

_____ No heroin

3.   As to **Count 3** of the Second Superseding Indictment (Conspiracy to Possess Firearms in furtherance of a Drug Trafficking Crime), we, the jury, unanimously find the defendant:

_____ Not Guilty

\_\_X\_\_ Guilty

4.   As to **Count 4** of the Second Superseding Indictment (Murder in Aid of Racketeering–Wynston Jackson), we, the jury, unanimously find the defendant:

_____ Not Guilty

\_\_X\_\_ Guilty

5.   As to **Count 5** of the Second Superseding Indictment (Causing Death through the Use of a Firearm–Wynston Jackson), we, the jury, unanimously find the defendant:

\_\_X\_\_ Not Guilty

_____ Guilty

If you find the defendant Guilty of Count 5, you must answer the Jury Interrogatories for Count 5. If you find the defendant Not Guilty of Count 5, you should skip this section and proceed to Count 6.

<u>Jury Interrogatories for Count 5</u>

a.  We, the jury, unanimously find that the defendant committed Count 5 in furtherance of:

_____ Count 2 (Conspiracy to Distribute Controlled Substances)

_____ Count 4 (Murder in Aid of Racketeering–Wynston Jackson); or

_____ Both Counts 2 and 4

6.  As to **Count 6** of the Second Superseding Indictment (Murder in Aid of Racketeering–Lawrence Williams, IV), we, the jury, unanimously find the defendant:

_____ Not Guilty

__X__ Guilty

7.  As to **Count 7** of the Second Superseding Indictment (Causing Death Through the Use of a Firearm– Lawrence Williams, IV), we, the jury, unanimously find the defendant:

__X__ Not Guilty

_____ Guilty

If you find the defendant Guilty of Count 7, you must answer the Jury Interrogatories for Count 7. If you find the defendant Not Guilty of Count 7, you should skip this section and sign the verdict form.

4

<u>Jury Interrogatories for Count 7</u>

a. We, the jury, unanimously find that the defendant committed Count 7
   in furtherance of:

_____ Count 2 (Conspiracy to Distribute Controlled Substances)

_____ Count 6 (Murder in Aid of Racketeering–Lawrence
          Williams, IV); or

_____ Both Counts 2 and 6

Please sign the Verdict Form and return to the courtroom.

New Orleans, Louisiana, this ____ day of _____, 2025.

                                          ████████████████████
                                          JURY REPRESENTATIVE

5